# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

137746

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JENDRI MALDONADO-ZAPON,
     Defendant-Appellant.

SC: 137746
COA: 286699
Kent CC: 01-004370-FC

_____/

On order of the Court, the application for leave to appeal the October 10, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

s0420

_____
Clerk